David H. Bundy, Esq.
DAVID H. BUNDY, P.C.
3201 C Street, Suite 301
Anchorage, Alaska 99503
(907) 248-8431
Attorney for John P. Collins, Jr. and
N. Dale Matheny, Trustees of the May Smith Trust

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| MARK J. AVERY, | ) | |
| | ) | **CASE NO. A06-00455** |
| | ) | |
| Debtor. | ) | **Chapter 7** |
| _____ | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW David H. Bundy, and enters his appearance as attorney of

record for John P. Collins, Jr. and N. Dale Matheny, as Trustees of the May Smith Trust

in the above-entitled case.  Pursuant to Federal Rules of Bankruptcy Procedure 2002,

3017, 4001 and 9007, the undersigned requests that an entry be made on the clerk's

matrix in this case and that all notices given or required to be given and all documents

served or required to be served in this case be given to and served upon the person set

forth below:

David H. Bundy, Esq.
David H. Bundy, P.C.
3201 C Street, Suite 301

Anchorage, AK  99503

The foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, and statements of affairs.  This request applies to documents served both before and after the last date upon which proofs of claim may be filed.

Dated this 24th day of October, 2006.

DAVID H. BUNDY, P.C.
Attorney for John P. Collins, Jr. and N. Dale
Matheny, Trustees of the May Smith Trust.

By:____/s/ David H. Bundy_____
     David H. Bundy
     Alaska Bar #7210043

**CERTIFICATE OF SERVICE**
  The undersigned hereby certifies that on the 24th day of October, 2006, the foregoing document was served by ECF on:

- William Barstow, Tustee
- Cabot Christianson, Esq.
- U S Trustee Office.

By:      /s/ David HBundy
         David H. Bundy