IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

FILED
NOV 1 3 2006

CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

IN RE:
MARK J AVERY

DEBTOR

Chapter 7
Case No. 06-00455

INO/DBA:

## REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 (g) and (i), IKON Financial Services hereby requests that IKON Financial Services be added to the official mailing matrix and service lists in this case. IKON Financial Services further requests that copies of all pleadings, motions, notices, and other papers, filed and or served, in this case or any proceeding therein, be served upon the undersigned at the following address:

> Bankruptcy Administration
> IKON Financial Services
> 1738 Bass Road
> P. O. Box 13708
> Macon, GA 31208-3708

Please take further notice, that the foregoing request includes, without limitation, all orders, notices, applications, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, disclosure statement, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, or otherwise.

By: _Rosa Dominy_

Rosa Dominy
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P. O. Box 13708
Macon, GA 31208-3708
(478) 405-4001

Dated: November 7, 2006

IKON Financial Services Reference #: 1244109-1625184